## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kimberly Atkinson                                    CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 22-13256 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

       Respectfully submitted,

     /s/ *Michael Farrington*

     Michael Farrington
     15 Dec 2022, 09:29:08, EST

     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322