Certificate Number: 06501-PAE-DE-037171615

Bankruptcy Case Number: 22-13256



06501-PAE-DE-037171615

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 9, 2023, at 1:41 o'clock PM CST, Kimberly Atkinson completed a course on personal financial management given by internet by Arbor Investments LTD., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 9, 2023             By:   /s/Carlo Skrupa

Name:   Carlo Skrupa

Title:   Program Manager