## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Kimberly Atkinson<br><br>Debtor. | :<br>:<br>:<br>:<br>:<br>: | Case No.: 22-13256-amc<br>Chapter 7 |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

George R Tadross, Esquire, attorney for the Debtor, Kimberly Atkinson, has filed a Motion to Avoid Judicial Lien, for the reasons detailed in the enclosed motion.

**Your rights may be affected. You should read the papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 27, 2023, you or your attorney must do all of the following:

        File an answer explaining your position at:
            United States Bankruptcy Court
          900 Market Street
          Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above and

        Mail a copy to the movant's attorney:
          George R Tadross
           128 Chestnut Street, Suite 301B
           Philadelphia, PA 19106
           215-500-5000 (Phone)
           267-885-2377 (Fax)

If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

A hearing on the motion is scheduled to be held before the **Honorable Ashely M Chan on April 5, 2023 at 12:30  am in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107**.
 -
You may contact the Bankruptcy Clerks office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

If a copy of the motion in not enclosed a copy of the motion will be provided to you if you request a copy from the attorney names in paragraph 1(b).


March 7, 2023