# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  Case No.: 22-13256-amc
Kimberly Atkinson  :  Chapter 7
        Debtor  :
        v  :
Midland Funding LLC  :
        Respondent

## **CERTIFICATE OF NO RESPONSE**

I hereby certify that on no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Motion to Avoid the Judicial Lien Docket#26.

Robert W Seitzer
rseitzer@karalislaw.com

United States Trustee
USTPRegion02.PH.ECF@usdoj.gov

Discover Financial Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

Portfolio Recovery Associates
120 Corporate Boulevard
Norfolk, VA 23502

Midland Funding LLC
PO Box 939069
San Diego, CA 92193

Police and Fire Federal Credit Union
901 Arch Street
Philadelphia, PA 19107

DATED: March 31, 2023

/s/George R Tadross
George R Tadross, Esquire
128 Chestnut Street, Suite 301B
Philadelphia, PA 19106
215-500-5000 (phone)
267-885-2377 (fax)
Attorney for Debtor