## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kimberly Atkinson<br><br>Debtor. | Case No.: 22-13256-amc<br>Chapter 7 |

## ORDER

AND NOW, this _____ day of _____, 2023, it is hereby ORDERED that the Debtor's Motion to Avoid a Judicial Lien held by Midland Funding LLC, at Philadelphia Civil Court Case SC#1905094417, is hereby granted and the judicial lien is hereby avoided, effective only upon entry of the Debtor's discharge.

BY THE COURT:

**Date: April 5, 2023**

_____

ROBERT W. SEITZER
rseitzer@karalislaw.com, PA93@ecfcbis.com

Midland Funding LLC
c/o Law Offices of Hayt, Hayt & Landau LLC
2 Industrial Way West
PO Box 500
Eatontown, NJ 07724