# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Kimberly Atkinson

Debtor.

Case No.: 22-13256-amc  
Chapter 7

# ORDER

AND NOW, this _____ day of _____, 2023, it is hereby ORDERED that the Debtor's Motion to Avoid a Judicial Lien held by Police and Fire Federal Credit Union, at Philadelphia Civil Court Case SC#2011174973, is hereby granted and the judicial lien is hereby avoided, effective only upon entry of the Debtor's discharge.

BY THE COURT:

**Date: April 5, 2023**

_____

ROBERT W. SEITZER  
rseitzer@karalislaw.com, PA93@ecfcbis.com

Police and Fire Federal Credit Union  
c/o Weltman, Weinberg & Reis Co  
170 S Independence Mall West  
Suite 874 West  
Philadelphia, PA 19106