## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Kimberly Atkinson

Debtor.

Case No.: 22-13256-amc  
Chapter 7

## **ORDER**

AND NOW, this _____ day of _____, 2023, it is hereby ORDERED that the Debtor's Motion to Avoid a Judicial Lien held by Portfolio Recovery Associates, LLC, at Philadelphia Civil Court Case SC#2010093543, is hereby granted and the judicial lien is hereby avoided , effective only upon entry of the Debtor's discharge.

**Date: April 5, 2023**

BY THE COURT:

_____

ROBERT W. SEITZER  
rseitzer@karalislaw.com, PA93@ecfcbis.com

Portfolio Recovery Associates LLC  
c/o Shapiro & Denardo LLC  
3600 Horizon Drive #150  
King of Prussia, PA 19406