United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-13256-amc
Kimberly Atkinson | Chapter 7
Kimberly Atkinson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 1
Date Rcvd: Apr 06, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

**Recip ID      Recipient Name and Address**
db      +++ Kimberly Atkinson, MAILING ADDRESS:, 912 Anchor Street, Philadelphia, PA 19124-1024

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

GEORGE R. TADROSS
     on behalf of Debtor Kimberly Atkinson gtadross@tadrosslaw.com r55386@notify.bestcase.com;robin@tadrosslaw.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

ROBERT W. SEITZER
     rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Kimberly Atkinson

Debtor.

Case No.: 22-13256-amc  
Chapter 7

## **ORDER**

AND NOW, this _____ day of _____, 2023, it is hereby ORDERED that the Debtor's Motion to Avoid a Judicial Lien held by Discover Bank, at Philadelphia Civil Court Case SC#1807023012 is hereby granted and the judicial lien is hereby avoided, effective only upon entry of the Debtor's discharge.

**Date: April 5, 2023**

BY THE COURT:

_____

ROBERT W. SEITZER  
rseitzer@karalislaw.com, PA93@ecfcbis.com

Discover Bank  
c/o Weltman, Weinberg & Reis Co  
170 S Independence Mall West  
Suite 874 West  
Philadelphia, PA 19106