United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-13256-amc
Kimberly Atkinson  Chapter 7
Kimberly Atkinson
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Kimberly Atkinson, 635 Whittier Drive, Warminster, PA 18974-2059 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| GEORGE R. TADROSS | on behalf of Debtor Kimberly Atkinson gtadross@tadrosslaw.com r55386@notify.bestcase.com;robin@tadrosslaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kimberly Atkinson<br><br>Debtor. | Case No.: 22-13256-amc<br>Chapter 7 |

## ORDER

AND NOW, this _____ day of _____, 2023, it is hereby ORDERED that the Debtor's Motion to Avoid a Judicial Lien held by Midland Funding LLC, at Philadelphia Civil Court Case SC#1905094417, is hereby granted and the judicial lien is hereby avoided, effective only upon entry of the Debtor's discharge.

BY THE COURT:

_____

**Date: April 5, 2023**

ROBERT W. SEITZER
rseitzer@karalislaw.com, PA93@ecfcbis.com

Midland Funding LLC
c/o Law Offices of Hayt, Hayt & Landau LLC
2 Industrial Way West
PO Box 500
Eatontown, NJ 07724